UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS ALBERTO MANRIQUE DUCUARA,<br>  a/k/a "Mauricio Moreno,"<br>  a/k/a "Miguel Angel Conde Lucas,"<br>  a/k/a "Mario Moncaleano Moreno,"<br>  a/k/a "Armando Casares,"<br>  a/k/a "Hugo Torres-Velazco,"<br><br>                        Defendant. | **INDICTMENT**<br><br>23 Cr.<br><br>23 CRIM 432 |

**COUNT ONE**
**(Illegal Reentry)**

The Grand Jury charges:

1.      From at least on or about January 12, 2023, through at least on or about August 7, 2023, in the Southern District of New York and elsewhere, CARLOS ALBERTO MANRIQUE DUCUARA, a/k/a "Mauricio Moreno," a/k/a "Miguel Angel Conde Lucas," a/k/a "Mario Moncaleano Moreno," a/k/a "Armando Casares," a/k/a "Hugo Torres-Velazco," the defendant, being an alien who has been denied admission, excluded, deported, and removed from the United States, and has departed the United States while an order of exclusion, deportation, and removal was outstanding, entered, and was found in, the United States, after removal that was subsequent to a conviction for commission of a felony, without having obtained the express consent of the Attorney General of the United States, or the Secretary for the Department of Homeland Security,

to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(1).)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney